without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court did not err in denying Appellant's Rule 24.035 motion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

***ORDER***

PER CURIAM.

C.A.A. (Mother) appeals the decision of the trial court awarding sole legal and physical custody of her son, E.A., to his biological father, R.S.J. (Father), and restricting her visitation rights. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

R.S.J., Respondent,

v.

C.A.A., Appellant.

No. WD 64188.

Missouri Court of Appeals,
Western District.

Sept. 13, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 2005.

Application for Transfer Denied
Dec. 20, 2005.

Dennis J. Campbell Owens, Kansas City, MO, for appellant.

Michael E. Whitsitt, Westwood, KS, for respondent.

Before BRECKENRIDGE, P.J.,
LOWENSTEIN and HARDWICK, JJ.

CAPITAL ONE BANK, Respondent,

v.

Denny R. HARDIN, Appellant.

No. WD 64440.

Missouri Court of Appeals,
Western District.

Sept. 13, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 2005.

Application for Transfer Denied
Dec. 20, 2005.